# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 5:18-cv-00086

| | |
|---|---|
| JAMES A. ROBICHAUD, | |
| Plaintiff, | |
| v. | |
| ENGAGE2EXCEL, INC.; COMVEST INVESTMENT PARTNERS HOLDINGS, LLC; E2E HOLDINGS, INC.; GC REPRESENTATIVE COMPANY, LLC; US BANK, N.A.; PHILLIP STEWART; | **ORDER** |
| Defendants. | |

**THIS MATTER** is before the Court on the Motions to Dismiss filed by Defendants Engage2Excel, Inc, Comvest Investment Partners Holdings, LLC, E2E Holdings, Inc., Phillip Stewart, and GC Representative Company, LLC. (Doc. Nos. 9 and 13).

Plaintiff filed his Complaint on May 23, 2018. Defendants filed their Motions to Dismiss on July 5, 2018, and July 16, 2018, respectively. Plaintiff then timely filed an Amended Complaint in accordance with Fed. R. Civ. P. Rule 15 on July 26, 2018. The pending Motions to Dismiss have been rendered moot by Plaintiff's Amended Complaint.

**THEREFORE** Defendants' Motions to Dismiss (Doc. Nos. 9 and 13) are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Signed: July 27, 2018

Graham C. Mullen
United States District Judge