IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-86-GCM

| | |
|---|---|
| JAMES A. ROBICHAUD, <br><br> Plaintiff, <br><br> v. <br><br> ENGAGE2EXCEL, INC., *et al*, <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Robert M. Kline,** filed January 17, 2019 (Doc. No. 42).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Kline is admitted to appear before this court *pro hac vice* on behalf of Defendants, Engage2Excel, Inc.; Comvest Investment Partners Holdings, LLC; E2E Holdings, Inc.; and Phillip Stewart.

**IT IS SO ORDERED.**

Signed: January 17, 2019

Graham C. Mullen
United States District Judge