IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES A. ROBICHAUD,<br><br>　　　Plaintiff,<br>v.<br><br>ENGAGE2EXCEL, INC.; COMVEST INVESTMENT PARTNERS HOLDINGS, LLC; E2E HOLDINGS, INC.; GC REPRESENTATIVE COMPANY, LLC; U.S. BANK, N.A., PHILLIP STEWART<br><br>　　　Defendants. | Case No. 5:18-cv-00086-GCM |

## ORDER

**THIS MATTER** comes before the Court on the Motion to Withdraw Notice of Settlement, filed February 8, 2019, for an Order permitting counsel for Plaintiff to withdraw his Notice of Settlement.

**NOW, THEREFORE, IT IS ORDERED** that Plaintiff is permitted to withdraw the Notice of Settlement (Doc. No. 37) filed on December 12, 2018.

Having withdrawn the Notice of Settlement, **IT IS ORDERED** that parties are directed to file a joint report on the status of this matter within 10 days of the signing of this Order.

**SO ORDERED.**

Signed: February 11, 2019

Graham C. Mullen
United States District Judge